UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ARDEN VAN UPP,<br><br>　　　　Debtor. | Case No: C 10-1149 SBA<br><br>**ORDER** |

　　On March 18, 2010, this case was opened in error and assigned to this Court. The Clerk of the Court is hereby ordered to forward this case to the Bankruptcy Court.

Dated: April 26, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARDEN VAN UPP et al,

        Plaintiff,

  v.

IN RE: ARDEN VAN UPP et al,

        Defendant.
                                /

Case Number: CV10-01149 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
Clerk of the Court
for the Northern Dist. Of CA
235 Pine Street
P.O. Box 7341
San Francisco, CA 94104


Minnie Loo
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104


Sam Sloan
1664 Davidson Ave.
Apt. 1B
Bronx, NY 10453

Samuel H. Sloan

1  2550 Webster Street
   San Francisco, CA 94115

2

3  Thomas E. Carlson
   United States Bankruptcy Court
   235 Pine Street
4  Courtroom 23
   San Francisco, CA 94104

5
   Dated: April 27, 2010
6                                             Richard W. Wieking, Clerk

7                                                  By: LISA R CLARK, Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28