RICHARD C. SINCLAIR, SBN 068238
Attorney at Law
P. O. Box 1628
Oakdale, CA 95361
Telephone: (209) 847-8788
Facsimile: (209)847-7077

Attorney for ARDEN VAN UPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | ) | CASE NUMBER: CV10-01149 SBA |
|---|---|---|
| ARDEN VAN UPP | ) | SUBSTITUTION OF ATTORNEY |
| | ) | Judge:  Saundra Brown Armstrong |

Plaintiff ARDEN VAN UPP, hereby substitutes RICHARD C. SINCLAIR, ESQ., Post Office Box 1628, Oakdale, California 95361; Telephone Number (209) 847-8788, as attorney of record.

I consent to this substitution.

Dated: April 28, 2010         ____/s/ ARDEN VAN UPP_____

                              ARDEN VAN UPP

I accept this substitution.

Dated: April 28,  2010        _____/s/ RICHARD C. SINCLAIR_____

                              RICHARD C. SINCLAIR, ESQ.

**SUBSTITUTION OF ATTORNEY**                                          Page 1 of  2

1
2   IT IS SO ORDERED.
3
4
5   Dated: _____        _____
                                                                      *Susan Illston*
6                                         U.S. DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  **SUBSTITUTION OF ATTORNEY**                                    Page 2 of 2