1  RICHARD C. SINCLAIR, SBN 068238
   Attorney at Law
2  P. O. Box 1628
   Oakdale, CA 95361
3  Telephone: (209) 847-8788
   Facsimile: (209)847-7077
4
   Attorney for ARDEN VAN UPP
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE:                         )   CASE NUMBER: 3:10-cv-00204-SI
                                  )
12     ARDEN VAN UPP              )   SUBSTITUTION OF ATTORNEY
                                  )
13                                )
                                  )
14 _____)

15

16     Plaintiff ARDEN VAN UPP, hereby substitutes RICHARD C. SINCLAIR, ESQ., Post

17 Office Box 1628, Oakdale, California 95361; Telephone Number (209) 847-8788, as attorney of

18 record.

19

20 I consent to this substitution.

21 Dated: February 15, 2011            ____/s/ ARDEN VAN UPP_____

22                                     ARDEN VAN UPP

23

24 I accept this substitution.

25 Dated: February 15, 2011            _____/s/ RICHARD C. SINCLAIR_____

26                                     RICHARD C. SINCLAIR, ESQ.

27

28 **SUBSTITUTION OF ATTORNEY**                                     Page 1 of  2

1
2  IT IS SO ORDERED.
3
4
5  Dated: _____            _____
6                                            U.S. DISTRICT COURT JUDGE
7
8                                            CASE CLOSED ON 3/12/10

**DENIED**

*Judge Susan Illston*

28  **SUBSTITUTION OF ATTORNEY**                              Page 2 of  2